IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHANE FRAZIER**                                                                              **PLAINTIFF**

vs.                                            No. 2:22-cv-94-BSM

**DOWNTOWN DELIVERIES, INC.,**                                       **DEFENDANTS**
**and NATHAN BROWN**

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendants have reached a settlement that resolves all claims asserted by Plaintiff. The parties are in the process of finalizing settlement documentation and expect to file a Joint Stipulation of Dismissal with the Court within fourteen (14) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFF SHANE FRAZIER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DOWNTOWN DELIVERIES, INC., and
NATHAN BROWN, DEFENDANTS**

DONALDSON LAW FIRM, PLC
117 E. Military Road
P.O. Box 949
Marion, Arkansas 72364
Telephone: (870) 739-2588
Facsimile: (870) 739-4403

*/s/ Tom Donaldson*
Tom Donaldson
Ark. Bar No. 93128
tom@donaldsonlawfirm.com