IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SHANE FRAZIER                                                                                          PLAINTIFF

v.                              CASE NO. 2:22-CV-00094-BSM

DOWNTOWN DELIVERIES, INC.
and NATHAN BROWN                                                                              DEFENDANTS

## ORDER

The parties' joint notice of settlement and request for stay [Doc. No. 16] is granted and the deadlines are stayed for sixty (60) days pending the finalization of the settlement agreement.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE