**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**SHANE FRAZIER**                                                                                    **PLAINTIFF**

**v.**                                     **CASE NO. 2:22-CV-00094-BSM**

**DOWNTOWN DELIVERIES, INC.
and NATHAN BROWN**                                                                  **DEFENDANTS**

## <u>ORDER</u>

The parties are directed to provide a status report within fourteen days.

IT IS SO ORDERED this 3rd day of January, 2024.

_Brian S. Miller_
UNITED STATES DISTRICT JUDGE