IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| SHANE FRAZIER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 2:22-CV-94-BSM |
| DOWNTOWN DELIVERIES, INC. and NATHAN BROWN, | ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Shane Frazier, by and through his attorney, Sean Short, Sanford Law Firm, PLC, and defendants Downtown Deliveries, Inc. and Nathan Brown, by and through their attorney, Tom Donaldson, Donaldson Law Firm, PLC, for their Joint Stipulation of Dismissal, state:

1. Plaintiff brought this individual action against defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

2. After arms-length negotiations in which plaintiff and defendants were all represented by experienced counsel, plaintiff and defendants reached an agreement that resolves all claims in this lawsuit.

3. Plaintiff and defendants believe that their agreement is a fair, reasonable, and adequate compromise of a *bona fide* dispute.

4. Accordingly, plaintiff and defendants hereby stipulate to the dismissal of plaintiff's claims against defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each

party bearing his or its own costs, including attorneys' fees associated with this litigation to the extent not otherwise provided for in the settlement agreement between the parties.

    5.  Plaintiff and defendants desire to keep their settlement agreement confidential and do not wish for any reasonableness review of their settlement to occur.

    6. Arkansas District Courts permit dismissals in FLSA cases pursuant to F.R.C.P. 41(a)(1)(A)(ii) where certain criteria are met. *See, e.g.*, *Schneider v. Habitat for Humanity Int'l, Inc.*, No. 5:14-cv-5230-TLB, 2015 U.S. Dist. LEXIS 14679, at *7 (W.D. Ark. Feb. 5, 2015) (Brooks, J.); *Willer v. Ark. Cty. Co-Op*, No. 4:17-cv-408-BSM, 2018 U.S. Dist. LEXIS 193793, at *1–2 (E.D. Ark. Nov. 14, 2018) (Miller, J.).

    7.  Here, the three criteria set forth in the foregoing cases have been met, i.e., (a) this lawsuit is not a collective action; (2) plaintiff has been represented by an attorney from the time of the filing of the complaint through the conclusion of subsequent settlement negotiations; and (3) all parties have indicated to the Court in writing through their attorneys that they wish for their settlement agreement to remain private and that they do not wish for any reasonableness review of their settlement to occur.

    8.  Based on the foregoing, the Court should dismiss this action with prejudice pursuant to the parties' Joint Stipulation of Dismissal without a reasonableness review of the parties' settlement agreement.

    9.  Should the Court desire to review the terms of the settlement agreement, plaintiff and defendants ask for leave to submit the agreement to the Court for review *in camera*.

Respectfully submitted,

SHANE FRAZIER, Plaintiff

By:    SANFORD LAW FIRM, PLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy., Suite 510
        Little Rock, AR  72211
        Telephone:  (501)221-0088
        Facsimile:  (888)787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and

DOWNTOWN DELIVERIES, INC. and NATHAN BROWN, Defendants

        /s/ Tom Donaldson
        Tom Donaldson (93128)
        DONALDSON LAW FIRM, PLC
        117 E. Military Road
        P.O. Box 949
        Marion, AR  72364
        Telephone:  (870)739-2588
        Facsimile:  (870)739-4403
        E-Mail:  tom@donaldsonlawfirm.com