IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SHANE FRAZIER                                                                          PLAINTIFF

v.                         CASE NO. 2:22-CV-00094-BSM

DOWNTOWN DELIVERIES, INC.
and NATHAN BROWN                                        DEFENDANTS

## ORDER

The parties have filed a joint stipulation of dismissal. Doc. No. 19. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. The parties will bear their own attorneys' fees and costs.

IT IS SO ORDERED this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE