IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHANE FRAZIER**                                                                                              **PLAINTIFF**

v.                              **CASE NO. 2:22-CV-00094-BSM**

**DOWNTOWN DELIVERIES, INC.**
**and NATHAN BROWN**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE